# Court of Appeals
# of the State of Georgia

ATLANTA,  April 02, 2020

*The Court of Appeals hereby passes the following order:*

**A20E0041. YAKOB et al. v. KIDIST MARIAM ETHIOPIAN ORTHODIX TEWAHEDO CHURCH, INC.**

Upon consideration of the appellants' emergency motion, the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/02/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*